# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:22-cv-00113-KDB-DCK

| | |
|---|---|
| LUIS FERNANDO RIVERA JIMENEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| BRYAN A. CORBETT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on August 22, 2022. [Doc. 1]. After the Court denied Plaintiff's two motions to proceed in forma pauperis in this matter, [Docs. 2-4, 6], Plaintiff paid the filing fee, [see 9/12/2022 Docket Entry]. On October 6, 2022, the Clerk issued summonses for both Defendants. [Doc. 7]. The docket, however, does not reflect that executed returns of summons were ever filed. On February 14, 2023, the Court, therefore, ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution within 14 days of the Court's Order. [Doc. 8]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate these proceedings.

Signed: March 6, 2023

*/s/ Kenneth D. Bell*

Kenneth D. Bell
United States District Judge